IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC HOUSER, on behalf of himself and similarly situated employees,<br>　　　　　　　　　　　Plaintiff,<br>　　v.<br>THIRTY, INC.,<br>　　　　　　　　　　　Defendant. | :<br>:<br>:  5:20-cv-05087-JFL<br>:<br>:<br>:<br>:<br>: |

**CONSENT TO BECOME PARTY PLAINTIFF**

I consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the judgment of the Court on all issues in this action, including the fairness of any settlement.

_____       _10/25_
Signature                                              Date

_Arnold Cunningham_
Name (Please Print Neatly)

_16█████████_
Address

█████████
City, State, Zip Code

█████████
Phone Number

█████████
Email Address

**Return to:**

　　　　WINEBRAKE & SANTILLO, LLC
　　　　715 Twining Road, Suite 211
　　　　Dresher, PA  19025
　　　　Phone: (215) 884-2491
　　　　Fax: (215) 884-2492
　　　　Email: pwinebrake@winebrakelaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ERIC HOUSER, on behalf of himself and similarly situated employees,<br>　　　　　　　　　　Plaintiff,<br>　　v.<br>THIRTY, INC.,<br>　　　　　　　　　　Defendant. | : : : : : : : : : : :　5:20-cv-05087-JFL |

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the judgment of the Court on all issues in this action, including the fairness of any settlement.

_____        10/22/20
Signature                                                        Date


Yariel González
Name (Please Print Neatly)

███████████████████
Address

███████████████████
City, State, Zip Code

███████████████████
Phone Number

███████████████████
Email Address

**Return to:**

　　　　　WINEBRAKE & SANTILLO, LLC
　　　　　715 Twining Road, Suite 211
　　　　　Dresher, PA  19025
　　　　　Phone: (215) 884-2491
　　　　　Fax: (215) 884-2492
　　　　　Email: pwinebrake@winebrakelaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC HOUSER, on behalf of himself and similarly situated employees,<br>　　　　　　　　　Plaintiff,<br>　　v.<br>THIRTY, INC.,<br>　　　　　　　　　Defendant. | : 5:20-cv-05087-JFL<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the judgment of the Court on all issues in this action, including the fairness of any settlement.

_____                    10/25/2020
Signature                                                         Date

Idris Grove
Name (Please Print Neatly)

███████████████
Address

███████████████
City, State, Zip Code

███████████████
Phone Number

███████████████
Email Address

**Return to:**

　　　　WINEBRAKE & SANTILLO, LLC
　　　　715 Twining Road, Suite 211
　　　　Dresher, PA 19025
　　　　Phone: (215) 884-2491
　　　　Fax: (215) 884-2492
　　　　Email: pwinebrake@winebrakelaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC HOUSER, on behalf of himself and similarly situated employees,<br>　　　　　　　　　　Plaintiff,<br>　　v.<br>THIRTY, INC.,<br>　　　　　　　　　　Defendant. | 5:20-cv-05087-JFL |

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the judgment of the Court on all issues in this action, including the fairness of any settlement.

_Elisbeth Houser_　　　　　　　　　　　　　　　　　10/26/20
Signature　　　　　　　　　　　　　　　　　　　　　　Date

_Elisabeth Houser_
Name (Please Print Neatly)

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Address

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
City, State, Zip Code

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Phone Number

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Email Address

**Return to:**

　　　　　WINEBRAKE & SANTILLO, LLC
　　　　　715 Twining Road, Suite 211
　　　　　Dresher, PA 19025
　　　　　Phone: (215) 884-2491
　　　　　Fax: (215) 884-2492
　　　　　Email: pwinebrake@winebrakelaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC HOUSER, on behalf of himself and similarly situated employees,<br>　　　　　　　　　Plaintiff,<br>　　v.<br>THIRTY, INC.,<br>　　　　　　　　　Defendant. | 5:20-cv-05087-JFL |

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the judgment of the Court on all issues in this action, including the fairness of any settlement.

_____           10/22/20
Signature                                                               Date

John McGahey
Name (Please Print Neatly)

███████████████████████████
Address

███████████████████████████
City, State, Zip Code

███████████████████████████
Phone Number

███████████████████████████
Email Address

**Return to:**

　　　　　　　　　WINEBRAKE & SANTILLO, LLC
　　　　　　　　　715 Twining Road, Suite 211
　　　　　　　　　Dresher, PA 19025
　　　　　　　　　Phone: (215) 884-2491
　　　　　　　　　Fax: (215) 884-2492
　　　　　　　　　Email: pwinebrake@winebrakelaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC HOUSER, on behalf of himself and similarly situated employees,<br>　　　　　　　　　Plaintiff,<br>　v.<br>THIRTY, INC.,<br>　　　　　　　　　Defendant. | 5:20-cv-05087-JFL |

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the judgment of the Court on all issues in this action, including the fairness of any settlement.

_Damon Scott_             10/27/20
Signature                                                       Date

Damon Scott
Name (Please Print Neatly)

[redacted]
Address

[redacted] PA 17[redacted]
City, State, Zip Code

[redacted]
Phone Number

[redacted]
Email Address

**Return to:**

WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone: (215) 884-2491
Fax: (215) 884-2492
Email: pwinebrake@winebrakelaw.com