IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC HOUSER, on behalf of himself and similarly situated employees,<br>                       Plaintiff,<br>v.<br>THIRTY, INC.,<br>                       Defendant. | 5:20-cv-05087-JFL |

**CONSENT TO BECOME PARTY PLAINTIFF**

I consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the judgment of the Court on all issues in this action, including the fairness of any settlement.

_____             10/29/20
Signature                                                                                    Date

Brandon Eidemiller
Name (Please Print Neatly)

████████████████████
Address

████████████████████
City, State, Zip Code

████████████████████
Phone Number

████████████████████
Email Address

**Return to:**

                  WINEBRAKE & SANTILLO, LLC
                  715 Twining Road, Suite 211
                  Dresher, PA  19025
                  Phone:  (215) 884-2491
                  Fax:  (215) 884-2492
                  Email: pwinebrake@winebrakelaw.com