IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC HOUSER, on behalf of himself and similarly situated employees,<br>Plaintiff,<br>v.<br>THIRTY, INC.,<br>Defendant. | 5:20-cv-05087-JFL |

## CONSENT TO BECOME PARTY PLAINTIFF

I consent to become a party plaintiff in the above-captioned action pursuant to 29 U.S.C. § 216(b). I agree to be represented by Winebrake & Santillo, LLC (Dresher, PA). I understand that I will be bound by the judgment of the Court on all issues in this action, including the fairness of any settlement.

_Candace P. Trimble_
Signature

_Candace J. Trimble_
Name (Please Print Neatly)

▮▮▮▮▮▮▮▮▮▮
Address

▮▮▮▮▮▮▮▮▮▮
City, State, Zip Code

▮▮▮▮▮▮▮▮▮▮
Phone Number

▮▮▮▮▮▮▮▮▮▮
Email Address

_November 5th, 2020_
Date

**Return to:**

WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025
Phone: (215) 884-2491
Fax: (215) 884-2492
Email: pwinebrake@winebrakelaw.com