**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| ERIC HOUSER, : | |
|       Plaintiff, : | |
| : | |
|     v. : | No. 20-cv-5087 |
| : | |
| THIRTY, INC., : | |
|       Defendant. : | |

_____

# O R D E R

**AND NOW**, this 16th day of December, 2020, upon consideration of the stipulation of the parties for an extension of time for Defendant to file an answer to Plaintiff's Complaint, **IT IS HEREBY ORDERED THAT:**

1. The stipulation is **approved and granted in part and disapproved and denied in part**; and

2. Defendant's deadline to file an Answer to Plaintiff's Complaint, only, and for no other purpose, is extended through and including January 25, 2021.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC HOUSER, on behalf of himself and Similarly situated employees, <br><br> Plaintiff, <br><br> v. <br><br> THIRTY, INC., <br><br> Defendant. | : <br> : <br> : Civil Action No. 5:20-cv-05087-JFL <br> : <br> : <br> : CLASS/COLLECTIVE ACTION <br> : <br> : <br> : JURY TRIAL DEMANDED <br> : <br> : |

**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

Plaintiff Eric Houser and Defendant Thirty, Inc., by and through their undersigned attorneys, hereby stipulate and agree that the time for Defendant Thirty, Inc. to respond to Plaintiff's Complaint be extended for a period of thirty days, up to and including January 25, 2021.

WHEREFORE, the parties respectfully request that the Court approve this stipulation.

| | |
|---|---|
| **WINEBRAKE & SANTILLO, LLC** | **KAUFMAN DOLOWICH & VOLUCK, LLP** |
| _____ <br> Peter Winebrake, Esquire <br> 715 Twining Road <br> Suite 211 <br> Dresher, PA 19025 <br> Phone: (215) 884-2491 <br> Email: pwinebrake@winebrakelaw.com <br> *Attorney for Plaintiff* | _____ <br> Philip R. Voluck, Esquire <br> Jennifer L. Prior, Esquire <br> 1777 Sentry Parkway West <br> VEVA 17, Suite 100 <br> Blue Bell, PA 19422 <br> Phone: (215) 461-1100 <br> Fax: (215) 461-1300 <br> Email: pvoluck@kdvlaw.com <br> jprior@kdvlaw.com <br> *Attorney for Defendant* |
| Date: December 16, 2020 | Date: December 15, 2020 |

**SO ORDERED:**

_____
J.