IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| ERIC HOUSER, *et al.* | : | |
| | : | 5:20-cv-05087-JFL |
| v. | : | |
| | : | |
| THIRTY, INC. | : | |
| | : | |

**PLAINTIFFS' UNOPPOSED MOTION
FOR APPROVAL OF THE SETTLEMENT**

Originating Plaintiff Eric Houser and the 77 other employees who opted-in to the FLSA collective (together "Plaintiffs") and Defendant Thirty Inc. ("Defendant") have settled this Fair Labor Standards Act ("FLSA") lawsuit per the accompanying Collective Action Settlement Agreement and the Release annexed thereto. See Doc. 51-1. The settlement requires Defendant to pay $57,000 plus employer-side taxes associated with the settlement payments. However, Defendant does not admit any wrongdoing or liability by entering into this settlement. Although the Third Circuit has not specifically addressed the issue, most judges agree that FLSA collective settlements must be judicially reviewed for fairness. As discussed in the accompanying memorandum of law, judicial approval is warranted because, amongst other things, the settlement is fair and reasonable in light of the risks each party faces in litigation as well as the cost each party must bear if the case continues

**WHEREFORE**, Plaintiffs respectfully ask the Court to grant this motion and approve the settlement. A proposed order is attached.

Date: December 22, 2021                                         Respectfully,

                                                                                          /s/ R. Andrew Santillo
                                                                                          _____
                                                                                          Peter Winebrake
                                                                                          R. Andrew Santillo

Mark J. Gottesfeld
Michelle L. Tolodziecki
WINEBRAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresher, PA 19025

*Plaintiffs' Counsel*